# United States Court of Appeals
# for the Fifth Circuit

_____

No. 22-51093
Summary Calendar
_____

United States Court of Appeals
Fifth Circuit

**FILED**
June 15, 2023

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Ever Sanchez-Herrera,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:22-CR-1230-1

_____

Before Davis, Duncan, and Engelhardt, *Circuit Judges*.

Per Curiam:[*]

Ever Sanchez-Herrera appeals his conviction and sentence for illegal reentry after removal in violation of 8 U.S.C. § 1326(a) and (b)(1). In his sole issue on appeal, Sanchez-Herrera contends that § 1326(b) is unconstitutional because it permits a sentence above the otherwise-applicable statutory

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 22-51093

maximum based on facts that were neither alleged in the indictment nor found by a jury beyond a reasonable doubt.

He has filed an unopposed motion for summary disposition and a letter brief explaining that he has raised this issue only to preserve it for further review and correctly conceding that this issue is foreclosed by *Almendarez-Torres v. United States*, 523 U.S. 224 (1998). *See United States v. Pervis*, 937 F.3d 546, 553-54 (5th Cir. 2019). Because summary disposition is appropriate, *see Groendyke Transp., Inc. v. Davis*, 406 F.2d 1158, 1162 (5th Cir. 1969), Herrera-Sanchez's motion is GRANTED, and the district court's judgment is AFFIRMED.